UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Temickil C. Vaughns  JOINT DEBTOR: _____  CASE NO.: 15-22072-AJC
Last Four Digits of SS# 1153     Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan;
  A. $1,200 for months 1 to 15
  B. $2,800 for months 16 to 35
  C. $4,365 for months 36 to 58; in order to pay the following creditors:

Administrative: Attorney's Fee - $ _____ TOTAL PAID $ _____
            Balance Due  $ _____ payable $ _____/month (Months ___ to ___)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. ASC/Wells Fargo      Arrearage on Petition Date $ 198,053.73 + 140,287 = $358,164.00 (1st Reg)
Address: PO Box 10388   Arrears Payment  $ 1,000/month (Months 1 to 15)
   Des Moines IA 50306  Regular Payment  $ 2,800/month (Months 16 to 35)
Account No.: 1127065811

2. California Club Home   Arrearage on Petition Date $ 19,827.00 July 2, 2015
Address: 4694 NW 103rd Ave  Arrears Payment  $ 200/month (Months 11 to 15) - 1,500
   Sunrise FL 33351      Regular Payment  $ 523.00/month (Months 16 to 58)
Account No.: _____

3. _____           Arrearage on Petition Date $ _____
Address: _____      Arrears Payment  $ _____/month (Months ___ to ___)
                        Regular Payment  $ _____/month (Months ___ to ___)
Account No.: _____

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | ___ To ___ |  |
|  | $ | % | $ | ___ To ___ |  |
|  | $ | % | $ | ___ To ___ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____     Total Due $ _____
                  Payable  $ _____/month (Months ___ to ___) Regular Payment $ _____
2. _____     Total Due $ _____
                  Payable  $ _____/month (Months ___ to ___) Regular Payment $ _____

Unsecured Creditors: Pay $ _____/month (Months _____ to _____).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_Temickie Vaughns_
Debtor
Date: 8-2-15

_____
Joint Debtor
Date: _____

LF-31 (rev. 01/08/10)